41 So.3d 839 (2010)
Ex parte Huey Lee BRANNON.
(In re Huey Lee Brannon v. State of Alabama).
1090062.
Supreme Court of Alabama.
January 29, 2010.
Jeffrey G. Rainer, Tuscaloosa, for petitioner.
Submitted on petitioner's brief only.
Prior report: Ala.Crim.App., 41 So.3d 833.
BOLIN, Justice.
WRIT DENIED. NO OPINION.
LYONS, WOODALL, STUART, and PARKER, JJ., concur.
COBB, C.J., and MURDOCK, J., concur specially.
SHAW, J., recuses himself.[*]
MURDOCK, Justice (concurring specially).
I concur in the denial of certiorari review in this case based on the failure to *840 comply with Rule 39(a)(1)(D)1 and Rule 39(d)(3), Ala. R.App. P.
COBB, C.J., concurs.
NOTES
[*] Justice Shaw was a member of the Court of Criminal Appeals when that court considered this case.